271 F.2d 415
 123 U.S.P.Q. 422
 CAMLOC FASTENER CORPORATION, Plaintiff-Appellant,
v.
OPW CORPORATION, Defendant-Appellee.
 No. 29, Docket 25505.
 United States Court of Appeals Second Circuit.
 Argued Nov. 2, 1959.
Decided Nov. 19, 1959.
 
 John P. Chandler, New York City, for plaintiff-appellant.
 Mark N. Donohue, of Brumbaugh, Free, Graves & Donohue, New York City (Curtis, Mallet-Prevost, Colt & Mosle, New York City, on the brief), for defendant-appellee.
 Before CLARK, Chief Judge, and HINCKS and WATERMAN, Circuit Judges.
 PER CURIAM.
 
 
 1
 The judgment is affirmed on the opinion of District Judge Murphy, D.C.S.D.N.Y., 164 F.Supp. 15.